UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-01075-JWH(JDEx) | Date | October 27, 2023 |
| Title | *Frank Cuellar v. First Transit, Inc. et al* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Haik Hacopian | Matthew Golper |
| Zorik Mooradian | |

**Proceedings:** **HEARING RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES [ECF No. 46]; PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT [ECF No. 47]**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument. For the reasons stated on the record, the Court takes the Motions [ECF Nos. 46 & 47] under submission.

**IT IS SO ORDERED.**

Time: 00:07
Initials of Preparer: cla